UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DOLLAREATHA EDWARDS,

                Plaintiff,　　　　　16-CV-8031 (LTS) (OTW)

      -against-　　　　　　　　　**SCHEDULING ORDER**

PETER O'ROURKE,

                Defendant.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter on **October 9, 2018 at 3:15 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

The parties are to continue to meet and confer on the issues raised in the letters filed at ECF 47, 48, 49, and 50, and are to file a joint status letter by October 5, 2018, setting forth the issues that remain in dispute as of that date.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: New York, New York　　　　　　　　　　　　**Ona T. Wang**
September 25, 2018　　　　　　　　　　　　United States Magistrate Judge