UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DOLLAREATHA EDWARDS,

                      Plaintiff,

            -against-

PETER O'ROURKE,

                   Defendant.

-----------------------------------------------------------x

16-CV-8031 (LTS) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On February 14, 2019, the Court received Plaintiff's request for extension of the fact discovery deadline—which had expired November 9, 2018. (ECF 59). By Order to Show Cause dated February 19, 2019 (ECF 62), the Court directed Plaintiff to file a written application for an extension of fact discovery, supported by doctors' notes specifically addressed to the Court, and any other showing of cause why sanctions should not be imposed by February 26, 2019. Plaintiff did not respond. Accordingly, it is **HEREBY ORDERED** that:

1.  Discovery is closed. Plaintiff's request for an extension of fact discovery is denied.

2. The Court finds that denial of Plaintiff's request for an extension of fact discovery is an appropriate sanction and thus does not impose or recommend any other non-monetary sanction. However, to the extent Defendant wishes to seek monetary sanctions, he should notify this Court by letter filed on ECF by April 12, 2019.

3. Dispositive motions shall be served and filed on or before June 21, 2019.

4.  The parties are directed to appear before Judge Swain in Courtroom No. 17C, 500

    Pearl Street, New York, NY 10007, for a final pre-trial conference on January 10,

    2020 at 11:00 a.m. All other deadlines in the Court's October 4, 2018 Pre-Trial

    Scheduling Order (ECF 55) remain the same.

**SO ORDERED.**


_s/ Ona T. Wang_

Dated: New York, New York                              **Ona T. Wang**
       March 25, 2019                         United States Magistrate Judge