**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
DOLLAREATHA EDWARDS,
:
                             Plaintiff,  :       16-CV-8031 (LTS) (OTW)
:
           -against-  :      **ORDER**
:
ROBERT WILKIE, Secretary of the Department  :
of Veterans Affairs,
:
                          Defendant.  :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's May 17, 2019 letter. (ECF 79). Accordingly, it is

**HEREBY ORDERED** that:

1. Plaintiff's May 17, 2019 letter filed via CM/ECF provides proof that Plaintiff's counsel provided a copy of this Court's April 19, 2019 Order and May 14, 2019 Order to Ms. Edwards, as directed by this Court's May 14, 2019 Order. A copy of each Order signed by Ms. Edwards is attached to Plaintiff's May 17, 2019 letter. Therefore, no sanctions are warranted.

2. Each party shall file a proposed agenda for the May 28, 2019 status conference by **May 24, 2019 at 12:00 p.m.**

1

3. The parties shall also be prepared to discuss at next Tuesday's status conference whether they believe that a post-discovery settlement conference would be productive. Ms. Edwards is invited but not required to attend next Tuesday's conference.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: May 20, 2019<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |