**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DOLLAREATHA EDWARDS,

                Plaintiff,                16-CV-8031 (LTS) (OTW)

      -against-                    **ORDER**

ROBERT WILKIE, Secretary of the Department of Veterans Affairs

                Defendant.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This Court held a post-discovery status conference in this matter on May 28, 2019. In accordance with the rulings made on the record at the status conference, it is **HEREBY ORDERED** that:

1. Defendant shall file his motion for summary judgment and motion for stay by **August 16, 2019**. Plaintiff's opposition to both motions is due by **September 16, 2019**, and Defendant's reply to both motions is due by **September 30, 2019**.

2. Plaintiff shall file her motion for sanctions by **June 17, 2019**. Defendant's opposition is due **July 1, 2019**, and Plaintiff's reply is due **July 15, 2019**. The parties are hereby put on notice that the Court may award or apportion reasonable expenses in accordance with Federal Rule of Civil Procedure 37(a)(5) (A)-(C).

3. No extensions will be granted absent good cause shown in an application made <u>before</u> the deadline has passed.

4. The parties are directed to meet and confer after Defendant files his motion for summary judgment. The parties shall file a joint letter to the Court by **September 30, 2019**, indicating whether Plaintiff wishes to file a separate *Daubert* motion, and if so, providing a proposed briefing schedule.

5. The parties are directed to order the transcript of the May 28, 2019 conference and to share the cost.

6. The parties are directed to appear before Judge Swain in Courtroom No. 17C, 500 Pearl Street, New York, NY 10007, for a final pre-trial conference on February 21, 2020 at 10:00 a.m. All other deadlines in the Court's October 4, 2018 Pre-Trial Scheduling Order (ECF 55) remain the same.

**SO ORDERED.**

Dated: New York, New York
May 28, 2019

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge