UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DOLLAREATHA EDWARDS,

                                  Plaintiff,                  **NOTICE OF MOTION FOR**
-against-                                               **SANCTIONS**

ROBERT WILKIE.                                        CIVIL ACTION NO.
*Secretary for the Department of Veterans Affairs*       16-8031 (LTS)(OTW)

                                Defendants.

------------------------------------------------------------------ X

      PLEASE TAKE NOTICE, that upon the accompanying Declaration of Special Hagan dated June 17, 2019 and Plaintiff's Memorandum of Law in Support of her Motions for Sanction, Plaintiff Dollareatha Edwards, by her undersigned counsel, will move this Court before the Honorable Ona T. Wang U.S.D.J., at the United States Courthouse, 40 Foley Square, New York, New York at a time to be determined by the Court for an order pursuant to Fed. R. Civ. P.30 and 28 U.S.C. § 1927. Plaintiff seeks the following relief: an order to re-open discovery for the limited ESI as detailed in Plaintiff's Memorandum of Law in Support and to serve and obtain responses for her requests for admissions.

Dated: Queens, New York
       June 17, 2019

                                                    /s/
                                           _____

_

                                           Special Hagan, Esq.
                                           Attorney for Dollareatha Edwards
                                           Law Offices of Special Hagan
                                           196-04 Hollis Avenue
                                           Saint Albans, New York 11412
                                           (917) 337-2439
                                                 special@haganlawoffices.net

TO: <u>VIA ECF</u>
Rachael Doud and Sharanya Mohan
Attorneys for Defendants
US Department of Justice
86 Chambers Street
New York, New York 10007