THE LAW OFFICES OF

*Special | Hagan*

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

August 14, 2019

**VIA ECF**

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse for the Southern District of New York
500 Pearl St., Courtroom 20D
New York, New York 10007-1312

**MEMO ENDORSED**

RE:   Edwards v. Wilkie
          Docket No. 16 CIV 8031(OTW)(LTS)

Dear Judge Wang:

I write regarding Defendants' application for summary judgment and Plaintiff's pending motion for sanctions.  The parties are in the process of discussing the topics identified in the conference that took place on May 28, 2019.  However, some of the questions raised may be better addressed once the aforementioned motions for sanctions has been resolved.  Additionally, I write to request the Court's intervention to obtain Defendants' compliance.  Again to date, Defendants have yet to compensate me for their respective share of the transcript from the May 28th conference.  Defendants have failed to tender payment in direct defiance of Your Honor's Order that the parties split the costs.

Respectfully submitted,

*Special Hagan, Esq.*

Special Hagan, Esq.

Counsel for Plaintiff
Dollareatha Edwards

Cc    Rachel Doud, Esq.
          Counsel for Defendants

The Court has reviewed the submissions regarding ordering of the May 28, 2019 conference transcript. It appears that each party ordered the transcript and paid in full, without consulting the other party. In any event, the full cost of the transcript was $34.44. Accordingly, each party is to bear its own costs for ordering the May 28, 2019 conference transcript.

**SO ORDERED.**

_____

Ona T. Wang          8/23/19
United States Magistrate Judge