THE LAW OFFICES OF

*Special | Hagan*

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

September 6, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007-1312

**Memo Endorsed**

RE:   Edwards v. Wilkie
      16-CV-8031(LTS)(OTW)

Dear Judge Taylor Swain:

I write for two purposes: 1) Plaintiff respectfully requests that the decision of Defendants' Motion for Summary Judgment be rendered by Your Honor rather than Judge Wang; and 2) Plaintiff respectfully requests that the parties be given until September 11, 2019 to set dates for Plaintiff's anticipated Daubert Motion, should Mrs. Doud's schedule permit.

In the latter instance, there's been some confusion about the dates. For example, during the course of the parties' Status Conference on May 28, 2019, Judge Wang stated that the parties had until September 3, 2019 to provide a joint letter with a briefing schedule should a Daubert Motion be deemed necessary. **(Exhibit 1: Hearing from May 28, 2019 Status Conference p. 12 line 11)**. However, the following was clearly stated in Judge Wang's Order on May 28, 2019:

> The parties shall file a joint letter to the Court by **September 30, 2019**, indicating whether Plaintiff wishes to file a separate Daubert motion, and if so, providing a proposed briefing schedule. **(Exhibit 2: Order dated May 28, 2019 page 2 paragraph 4)**.

Again, since there seems to be some conflict between Judge Wang's language at the Status Conference and her Order, Plaintiff respectfully requests the Court's latitude in this limited circumstance.

Respectfully submitted,

/s/

Special Hagan, Esq.

SO ORDERED.

_____
Ona T. Wang          9/6/2019
U.S. Magistrate Judge

THE LAW OFFICES OF

Special | Hagan

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

Cc:     Rachel Doud, Esq.
        Attorney for Defendants