UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DOLLAREATHA EDWARDS,

       Plaintiff,

  -v-                                                                 No. 16-CV-8031-LTS-OTW

ROBERT WILKIE, Secretary of the
Department of Veterans Affairs,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has reviewed carefully Plaintiff's objection to Judge Wang's August 23, 2019, Memo Endorsement (the "August Order") and accompanying declaration (Docket Entry Nos. 109 to 112)[1] and Defendant's response thereto (Docket Entry No. 116). Plaintiff's objection is overruled, as the August Order was not "clearly erroneous" or "contrary to law" within the meaning of Fed. R. Civ. P. 72(a). Therefore, the August Order stands.

This Order resolves Docket Entry Nos. 109 and 111.

    SO ORDERED.

Dated: New York, New York
         September 23, 2019

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

---

[1] Plaintiff filed duplicative objections. (Docket Entry Nos. 109 and 111.) The Court considers the secondly-filed "corrected" objection to be the operative submission. (Docket Entry No. 111.)