

|  |  |
|---|---|
| | 196-04 HOLLIS AVENUE<br>SAINT ALBANS, NEW YORK 11412<br>P: (917) 337-2439<br>FAX: (914) 462-4137 |

November 14, 2019

**VIA ECF**

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse for the Southern District of New York
500 Pearl St., Courtroom 20D
New York, New York 10007-1312

> **MEMO ENDORSED**

RE: Edwards v. Wilkie
Docket No. 16 CIV 8031(OTW)(LTS)

Dear Judge Wang:

I respectfully write to request an extension until November 21, 2019 to file Plaintiff's Daubert Motion. I confused the deadlines for the matters before the Court and did not realize the Motion was due yesterday. Defendants have requested additional pages for their response to Plaintiff's opposition to their motion for summary judgment, however if the Court deems it proper I would respectfully request that the parties be permitted to proceed with Motion Practice. Again, this was an inadvertent oversight and I will admit that I have experienced problems with meeting the Courts' previous deadlines. However again, in this instance I simply believed that the due date was November 23rd rather than the 13th. And since I have already been sanctioned there would be no way that I would intentionally forget to submit any filings when they were due.

Respectfully submitted,

*Special Hagan, Esq.*

Special Hagan, Esq.

Counsel for Plaintiff
Dollareatha Edwards

Cc   Rachel Doud, Esq.
     Counsel for Defendants

> **Application Granted** *nunc pro tunc*.
> Plaintiff's motion must be filed by **November 23, 2019**, Defendants' opposition is due by **December 19, 2019**, and Plaintiff's reply is due by **January 14, 2020**.
> **SO ORDERED.**
>
> _____
> Ona T. Wang                    11/15/2019
> U.S. Magistrate Judge