UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DOLLAREATHA EDWARDS,

    Plaintiff,

  -v-                                                No. 16-CV-8031-LTS-OTW

ROBERT WILKIE, Secretary of the
Department of Veterans Affairs,

    Defendant.

-------------------------------------------------------x

## Order

The Court has reviewed carefully Plaintiff's objection to Judge Wang's November 12, 2019, Opinion and Order (the "November Order," Docket Entry No. 146) and accompanying declaration (Docket Entry Nos. 160 and 161) and Defendant's response thereto (Docket Entry No. 162). Plaintiff's objection is overruled, as the November Order was not "clearly erroneous" or "contrary to law" within the meaning of Fed. R. Civ. P. 72(a). Therefore, the November Order stands.

This Order resolves Docket Entry No. 160.

    SO ORDERED.

Dated: New York, New York
       December 16, 2019

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge