UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DOLLAREATHA EDWARDS,

    Plaintiff,

  -v-                                          No. 16-CV-8031-LTS-OTW

ROBERT WILKIE,

    Defendant.

-------------------------------------------------------x

## Order

Defendant's motion for a stay of pre-trial preparation requirements pending resolution of Defendant's motion for summary judgment is granted, as in the interests of judicial economy. The consultation and submission requirements in connection with the final pre-trial conference are suspended pending further order of the Court. The final pre-trial conference is adjourned from February 21, 2020, to **August 7, 2020, at 10:00 a.m.** as a control date.

Docket Entry No. 165 is resolved.

SO ORDERED.

Dated: New York, New York
       January 6, 2020

                                                                  /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge