UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DOLLAREATHA EDWARDS,

        Plaintiff,

  -v-                                                 No. 16-CV-8031-LTS-OTW

ROBERT WILKIE, Secretary of the
Department of Veterans Affairs,

        Defendant.

-------------------------------------------------------x

## Order

      Plaintiff is directed to file a copy of Exhibit 12 to the Declaration of Special Hagan, Esq., in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment ("Hagan Decl."), Docket Entry No. 140, on CD-ROM or other physical media, along with a copy of this Order, with the Clerk of Court by mail or drop box no later than **July 17, 2020**.

    SO ORDERED.

Dated: New York, New York
         June 1, 2020

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge