**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DOLLAREATHA EDWARDS,                     :
                                         :
                    Plaintiff,           :        16-CV-8031 (LTS) (OTW)
                                         :
              -against-                  :        **ORDER**
                                         :
ROBERT WILKIE, SECRETARY OF THE          :
DEPARTMENT OF VETERANS AFFAIRS,          :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------------------------x

     **ONA T. WANG**, United States Magistrate Judge:

     The Court has reviewed Defendant's letter motion to reopen discovery and the parties' numerous letters responding to the motion at ECF 174, 175, 176, 177, and 178. On July 23, 2020, a telephonic hearing was held on the motion. The parties have been repeatedly warned since 2018 that discovery and other deadlines would not be extended absent a showing of good cause. (*See e.g.*, ECF 37, 68, and 83). Defendant has not shown good cause to reopen discovery, notwithstanding Plaintiff's failure to provide Dr. Marin's telephone number without a court order. Accordingly, Defendant's motion is **DENIED.** As ordered during the conference, Plaintiff was directed to provide Defendant with Dr. Marin's telephone number by close of business today. That order still stands.

     The Court is also in receipt of Plaintiff's letter motion, filed twice on the CM/ECF docket, at ECF 181 and ECF 182. All requests in the letter(s) are **DENIED.**

The Clerk is respectfully directed to close ECF 174 and ECF 181.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 23, 2020                                                 **Ona T. Wang**
      New York, New York                              United States Magistrate Judge