UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

DOLLAREATHA EDWARDS,

       Plaintiff,

  -v-                                                       No. 16-CV-8031-LTS-OTW

ROBERT WILKIE, Secretary of the
Department of Veterans Affairs,

       Defendant.

---------------------------------------------------------x

## Order

The undersigned will not be available to conduct the trial of this case because of the demands of her additional duties in the District of Puerto Rico. Accordingly, another district judge will be requested to try the case unless both parties consent to proceed for all purposes before the designated Magistrate Judge, the Honorable Ona T. Wang. The parties are directed to meet and confer and, if both consent, so notify the Court by letter filed on the docket with a completed consent form (the form may be completed in counterparts).[1] If both parties do not consent, they shall promptly file a joint letter stating that both parties do not consent, without revealing the respective positions of the parties.

SO ORDERED.

Dated: New York, New York
       June 30, 2020

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge

---

[1] A copy of form AO 85, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," is attached to this Order, and is available on the Court's website, at https://nysd.uscourts.gov/forms.

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Dollareatha Edwards | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16-cv-08031-LTS-OTW |
| Robert Wilkie, Secretary of the Dep't of Veterans Affair | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print   Save As...   Reset