DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:   REBECCA S. TINIO
      JENNIFER JUDE
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2774/2663
rebecca.tinio@usdoj.gov
jennifer.jude@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOLLAREATHA EDWARDS,<br><br>                Plaintiff,<br><br>                v.<br><br>DENIS R. McDONOUGH, *Secretary of the Department of Veterans Affairs*,<br><br>                Defendant. | No. 16 Civ. 8031 (JSR) (OTW)<br><br>**NOTICE OF FED. R. CIV. P. 25(D) SUBSTITUTION OF DEFENDANT** |

      PLEASE TAKE NOTICE that, per the operation of Federal Rule of Civil Procedure 25(d), Denis R. McDonough, Secretary of the Department of Veterans Affairs, is automatically substituted as the defendant in this matter.

Dated: July 27, 2022
       New York, New York

                                     DAMIAN WILLIAMS
                                     United States Attorney for the
                                     Southern District of New York

                      By:    */s/ Rebecca S. Tinio*
                            REBECCA S. TINIO
                            JENNIFER JUDE
                            Assistant United States Attorneys
                            86 Chambers Street, 3rd Floor
                            New York, New York 10007
                            Tel.: (212) 637-2774/2663
                            rebecca.tinio@usdoj.gov
                            jennifer.jude@usdoj.gov

SO ORDERED

*[signature]*
USDJ

7-28-22