UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------
 DOLLAREATHA EDWARDS,

         Plaintiff,
                                            16-cv-8031 (JSR)
         -v-

 DENIS R. McDONOUGH, Secreatry of
 The Department of Veterans Affairs,

         Defendant.
------------------------------
```

VERDICT

**I.    JURY'S VERDICT**

[For each claim, check Liable or Not Liable. If you find the defendant, the Department of Veterans Affairs (the "VA"), Liable on any given claim, you must award damages for that claim. If you find Not Liable for a given claim, leave the damages entry for that claim blank and move on to the next claim.]

**A.    Claim of Reasonable Accommodation**

1. On Ms. Edwards's claim for reasonable accommodation, we the jury find the VA:

    Liable  _____        Not Liable  _____

2. On Ms. Edwards's claim that Defendants failed to accommodate or engage in an interactive process when they denied her parking in the rear court yard due in part of her disability.

    _____ Liable  _____ Not Liable  _____

3. That Defendants did not experience an undue hardship when they denied Ms. Edwards's parking in the rear courtyard.

    _____ Liable  _____ Not Liable  _____

    4̶2. We the jury award Ms. Edwards the following non-economic compensatory damages on her claim for reasonable accommodation:

$_____

**B.     Claim of Discrimination**

   3. On Edwards's discrimination claim, we the jury find the VA:

       Liable _____          Not Liable _____

   4. We the jury award Edwards the following non-economic compensatory damages on her claim for discrimination:

       $ _____

**C.     Claim of Constructive Discharge**

   5. On Edwards's constructive discharge claim, we the jury find the VA:

       Liable _____          Not Liable _____

   6. We the jury award Edwards the following non-economic compensatory damages on her claim for constructive discharge:

       $ _____

                                             _____
                                                            FOREPERSON

                           Date: _____