UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOLLAREATHA EDWARDS,

    Plaintiff,

    -v-

DENIS R. McDONOUGH, *Secretary of The Department of Veterans Affairs*,

    Defendant.

---

16-cv-8031 (JSR)

FINAL JUDGMENT

JED S. RAKOFF, U.S.D.J.

A jury having unanimously found defendant not liable on plaintiff's remaining claim, final judgment is hereby entered in favor of defendant and plaintiff's complaint is hereby dismissed with prejudice.

SO ORDERED.

Dated:    New York, NY

           August 9, 2022

*[signature]*

JED S. RAKOFF, U.S.D.J.

1